# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>- against -<br><br>AUGUST VERGALLITO, aka "Augie"<br>CHARLES PURCEL, KIMBERLY<br>VERGALLITO, RHODA VERGALLITO<br>and ISAAC BAROCAS<br><br>              Defendants. | HON. SUSAN D. WIGENTON<br><br>CRIMINAL NO. 07-347<br><br>**CONSENT ORDER<br>REGARDING TRANSFER OF<br>DEFENDANT KIM<br>VERGALLITO** |

THIS MATTER having been opened to the Court jointly by the Office of the United States Attorney (Assistant U.S. Attorney V. Grady O'Malley, Esq. appearing) and Tressler, Soderstrom, Maloney & Priess LLP, attorneys for defendant Kim Vergallito (Robert J. Fettweis, Esq. appearing), upon an application for the transfer of defendant Kim Vergallito from the Essex County Jail to a residential treatment facility designated by the United States Pretrial Services Office, and good cause having been shown:

IT IS on this 27th day of May 2008,

ORDERED that the defendant be released from custody forthwith to begin treatment at a residential treatment facility designated by the United States Pretrial Services Office.

                                                      HON. SUSAN D. WIGENTON, U.S.D.J.

We hereby consent to the
form and entry of this Order

_____
AUSA V. Grady O'Malley

_____
Robert J. Fettweis, Esq.